**DISMISS; and Opinion Filed May 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00269-CV

### NANCY HORN, Appellant

### V.

### EQ THE ENCORE LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002142-2014**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

The clerk's record in this appeal is overdue and has not been filed because appellant has failed to pay for it. By letter dated April 24, 2014, we directed appellant to provide us, no later than May 5, 2014, written verification that she had paid or made arrangements to pay for the record or that she had been found entitled to proceed without payment of costs. *See* TEX. R. APP. P. 4.1, 35.3(a). Despite being cautioned that failure to provide the required documentation within the time specified could result in dismissal of the appeal, appellant has not complied with our directive or otherwise communicated with the Court. *See id.* 37.3(b). Accordingly, we dismiss the appeal. *See id.*

/David Lewis/

DAVID LEWIS
JUSTICE

140269F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NANCY HORN, Appellant

No. 05-14-00269-CV      V.

EQ THE ENCORE LLC, Appellee

On Appeal from the County Court at Law No. 2, Collin County, Texas
Trial Court Cause No. 002142-2014.
Opinion delivered by Justice Lewis.   Justices Fillmore and Evans participating.

      In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

      We **ORDER** that appellee EQ The Encore LLC recover its costs, if any, of this appeal from appellant Nancy Horn.


Judgment entered this 15th day of May, 2014.


/David Lewis/
DAVID LEWIS
JUSTICE